FILED
November 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003874367

GIOVANNI ORANTES – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1980
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DALJINDER SINGH ATHWAL and<br><br>HARVINDER KOUR ATHWAL,<br><br><br>Debtors. | Case No. 11-45080-B-7<br><br>Chapter 7 Proceeding<br><br>Docket Control No. GO-1<br><br>**MOTION FOR ORDER TO COMPEL TRUSTEE TO ABANDON BUSINESS ASSETS**<br><br>**HEARING**<br><br>DATE: November 22 2011<br>TIME: 9:32 A.M.<br>PLACE: United States Bankruptcy Court  501 I Street, 6th Floor Courtroom 32<br>Sacramento, California 95814 |

-1-

COMES NOW, Debtors, Daljinder Singh Athwal and Harvinder Kour Athwal, moves the above-entitled court for an order compelling the Chapter 7 trustee to abandon the Debtors' trucking operation and share of farm.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The Debtors' business consists of operating a truck and holding one-third of a near-worthless farm. Debtors request this court enter an order compelling the Chapter 7 Trustee to abandon the trucking business and the farm.

### II.

### FACTUAL BACKGROUND

1. Daljinder Singh Athwal and Harvinder Kour Athwal, are the debtors in the above-captioned Chapter 7 case.

2. The Debtors own and operate their own truck. The truck is a 2005 Freightliner Conventional Columbia Class which has approximately 872,074 as of this time (the "Truck"). In addition, the Debtors own one third of a farm which has a value of $1,500 (collectively, the Truck and the Farm "Business Assets").

3. As of the date of this Motion, the duly appointed Trustee, Prem N. Dhawan, has not administered such business or the property of such business.

4. Debtors assert that obtaining an Order of abandonment is in their best interest as it will allow the debtors to protect the truck and their share of the farm.

WHEREFORE, Debtors request the following relief:

1. An Order of Abandonment of Debtors' interest in the Business Assets; and

2. Such other and further relief as the court deems just and proper.

///

///

///

## III.

## THE COURT SHOULD COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON THE DEBTORS' BUSINESS ASSETS TO ALLOW THE DEBTORS TO PROTECT THE BUSINESS AND THE PROPERTY OF SUCH BUSINESS.

11 U.S.C. § 554 outlines the circumstances under trustee may be compelled to abandon a debtor's business:

> **11 USC § 554. Abandonment of property of the estate**
> (a) After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.
> (b) On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.
> (c) Unless the court orders otherwise, any property scheduled under section 521(1) [sic--reference to previous subsection; now 521(a)(1)] of this title not otherwise administered at the time of the closing of a case is abandoned to the debtor and administered for purposes of section 350 of this title.
> (d) Unless the court orders otherwise, property of the estate that is not abandoned under this section and that is not administered in the case remains property of the estate.

In the instant case, the Debtors have scheduled the value of their Business Assets as minimal, and believe that the Business Assets are of inconsequential value and benefit to the estate in that there is no equity in such property in excess of the Debtors' exemptions. Furthermore, as of the date of this Motion, the duly appointed Trustee, Prem N. Dhawan, has not administered such Business Assets.

Debtors assert that obtaining an Order of abandonment is in their best interest as it will allow the Debtors to protect the Business Assets and get on with their lives thereby enjoying the fresh start intended by the Bankruptcy laws. As such, Debtors pray that this court enter an order of abandonment of property of the estate pursuant to 11 U.S.C. §554.

//

# V.
## CONCLUSION

In conclusion, the Debtors request the Court to enter an Order for Abandoning the Debtor's Business Assets as the Business Assets are of inconsequential value and benefit to the estate and doing so will allow the Debtors to protect the Business Assets and achieve the fresh start the Bankruptcy Code intends.

DATED: November 1, 2011　　　　　　　**THE ORANTES LAW FIRM**

By: _____
Giovanni Orantes